IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MERITUS MEDICAL CENTER, INC.  :
d/b/a Meritus Hospital Physicians  :
11116 Medical Campus Road  :
Hagerstown, Maryland 21742  :
:
    And  :
:
MERITUS MEDICAL LABORATORY, LLC  :
11116 Medical Campus Road  :
Hagerstown, Maryland 21742  :
:
    And  :   Case No.
:
MEDICAL PRACTICES OF ANTIETAM, LLC :
11116 Medical Campus Road  :
Hagerstown, Maryland 21742  :
:
    Plaintiffs  :
:
v.  :
:
CHS TX, Inc. d/b/a YesCare  :
205 Powell Place,  :
Brentwood, Tennessee 37027  :
:
    Defendant  :

## COMPLAINT AND JURY DEMAND

COME NOW the Plaintiffs, Meritus Medical Center, Inc., Meritus Medical Laboratory, LLC, and Medical Practices of Antietam, LLC, (hereinafter collectively "MERITUS" or "Plaintiffs"), by and through their counsel, John J. Murphy, Esq., and Walker, Murphy & Nelson, LLP, and, pursuant to the Federal Rules of Civil Procedure, file this Complaint and Jury Demand, and in support thereof states as follows:

### Parties, Jurisdiction, and Venue

1. Plaintiffs are Maryland entities that provides medical services at their principal place of business, located at 11116 Medical Campus Road, Hagerstown, Maryland 21742, in Washington County, Maryland.

2. Defendant, CHS, TX, Inc. d/b/a YesCare is a Texas corporation with principal offices located at 205 Powell Place, Brentwood, Tennessee 37027.

3. The subject hospital services agreement between Plaintiffs and Defendant was performed at MERITUS' place of business located at 11116 Medical Campus Road, Hagerstown, Maryland 21742.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, diversity jurisdiction, because the parties are citizens of different states and the amount in controversy is more than $75,000.00.

5. Venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1391 as all facts relevant hereto leading to the breach of contract, explained *infra,* occurred in Washington County, Maryland.

## STATEMENT OF FACTS

6. On or about May 5, 2022, Plaintiffs and Defendant entered into three (3) separate written service agreements ("Agreements") all relating to health services provided under the MERITUS umbrella d/b/a Meritus Medical Center, Medical Practices of Antietam, and Meritus Medical Laboratory.

7. The Agreements are connected to the Parties' arrangement for MERITUS to act as a medical provider for inmates and detainees in the custody of YesCare's client, the Maryland Department of Public Safety and Correctional Services.

8. Any Patient brought or admitted to Meritus Medical Center for inpatient care at the direction of Defendant was to be reimbursed by the primary payor and/or YesCare pursuant to a written contract between the parties.

9. Professional physician care services provided to inmates and detainees were to be reimbursed by YesCare pursuant to a written contract between the parties.

10. Laboratory services provided to inmates and detainees were to be reimbursed by YesCare pursuant to a written contract between the parties.

11. Per their agreements, MERITUS was instructed to electronically file claims using the platform CorrectCare-Integrated Health within 60 days of rendering services to the patient or else the claim would be denied. MERITUS submitted timely claims for services rendered and, as such, Defendant had no reason to deny MERITUS reimbursement.

12. Prior to initiating this litigation, MERITUS has afforded the Defendant multiple opportunities to pay the outstanding balance owed. In email communications, Defendant has acknowledged that the outstanding payments are legitimate and due to MERITUS, though Defendant has continued to shirk its financial responsibilities.

13. To date, Defendant owes $796,692.13 to Meritus Medical Center, $102,055.87 to Medical Practices of Antietam, and $4,385.05 to Meritus Medical Laboratory.

14. Based on Defendant's unmistakable breach of the Agreement, MERITUS now seeks full reimbursement of all three claims in an amount in excess of $900,000.00, plus applicable interest and penalties.

### Count I
### (Breach of Contract)

15. MERITUS incorporates by reference the preceding allegations in support of its claims herein.

16. MERITUS and Defendant entered into three valid and enforceable contracts on or about May 5, 2022.

17. MERITUS fully performed its obligations under each of the contracts by providing, among other things, inpatient and outpatient services to inmates and detainees sent to them by the Defendant.

18. Defendant breached its agreements with MERITUS by failing to comply with the express provisions in each agreement detailing their duty to provide compensation for Plaintiffs' services.

19. As a direct and proximate result of Defendant's breach, MERITUS has suffered damages, including but not limited to the money due and owing under said contracts.

## Count II
## (Unjust Enrichment)

20. MERITUS incorporates by reference the preceding allegations in support of its claims herein.

21. MERITUS conferred a substantial benefit upon Defendant by providing medical and related services to inmates and detainees on behalf of YesCare, along with additional valuable consideration pursuant to the terms of the Agreements.

22. Defendant knowingly retained these benefits, as they continued to send inmates and detainees to MERITUS for treatment, yet continue to fail to reimburse Plaintiffs.

23. As a direct and proximate result of Defendant's unjust enrichment of services provided without reimbursement, Plaintiffs have suffered damages including but not limited to the time and expense of providing medical care without reimbursement.

## Prayer for Relief

WHEREFORE, the above-premises considered, Plaintiffs hereby demand monetary damages in excess of $900,000.00, along with other compensable economic and non-economic damages against the Defendant, along with such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

WALKER, MURPHY & NELSON, LLP

/S/

_____

John J. Murphy, Esq. (Bar No. 14407)
9210 Corporate Boulevard, Suite 320
Rockville, Maryland 20850
(301) 519-9150 (office)
(301) 519-9152 (fax)
jmurphy@walkermurphy.com
***Counsel for Plaintiffs***

## Jury Demand

The Plaintiffs Meritus Medical Center, Inc. *et al.*, hereby demand a trial by a jury of their peers on all issues raised herein.

Respectfully submitted,

WALKER, MURPHY & NELSON, LLP

/S/

_____

John J. Murphy, Esq. CPF# 9901070025
9210 Corporate Boulevard, Suite 320
Rockville, Maryland 20850
(301) 519-9150 (office)
(301) 519-9152 (fax)
jmurphy@walkermurphy.com
***Counsel for Plaintiffs***
